# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PETER CELESTINE

NO. 2020 KW 0615

**AUGUST 17, 2020**

---

In Re:    Peter Celestine, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 19-06524.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.**    See La. Code Crim. P. art. 578.


**VGW**
**JMG**
**EW**


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT